# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

In re

Jacob Wirth Restaurant Company, LLC

Chapter 11
Case No. 17-14263 -MSH

Debtor

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Order to Show Cause**

In light of information presented at yesterday's hearings in this case that the debtor is not paying its post-petition obligations, including taxes and rent, the debtor and any other party interest shall show cause at an emergency evidentiary hearing today, March 28, 2018, at 1:00 pm in courtroom 2 why this case should not immediately be converted to a case under chapter 7 or dismissed as required by Bankruptcy Code section 1112.

By the Court,

_____
Melvin S. Hoffman
United States Bankruptcy Judge

Dated: March 28, 2018